ACCEPTED
03-14-00698-CV
4437659
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/10/2015 12:11:00 PM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-14-00698-CV

_____

FILED IN
3rd COURT OF APPEALS
IN THE THIRD COURT OF APPEALS IN AUSTIN, TEXAS AUSTIN, TEXAS

3/10/2015 12:11:00 PM

_____ JEFFREY D. KYLE
Clerk

SHAMARK SMITH LIMITED PARTNERSHIP, ET AL.,

Appellants,

v.

MARTIN LONGORIA,

Appellee.

_____

On appeal from the 20th Judicial District Court of Milam County, Texas

_____

## THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

_____

Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3204
Fax (512) 677-2010
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH

## THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEFS

Shamark Smith Limited Partnership, Sharon D. Marcus, and Paul J. Smith file this Third Unopposed Motion for Extension of Time to File Appellants' Brief.

The trial court in this case entered judgment on August 15, 2014. This is the third motion for extension of time filed in this appeal. Appellants' Brief was due on March 6, 2015.

Due to intervening deadlines in other matters and due to serious family matters that have arisen for Appellants' counsel, there will not be sufficient time to complete the Appellants' Brief. Appellants' counsel does not expect there to be a further extension necessary. Therefore, Appellants request that the deadline for opening briefs be extended from March 6, 2015 to **April 6, 2015**. This motion is filed not for delay but so that justice can be done.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3204
Fax (512) 677-2010
twilli@willi.com

ATTORNEY FOR SHAMARK SMITH
LIMITED PARTNERSHIP, SHARON D.
MARCUS, AND PAUL J. SMITH

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, James David Walker, and he is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record by email on March 10, 2015 as follows:

James David Walker
P.O. Box 41
Milano, Texas 76556
(512) 636-9520
(512) 455-7992 (fax)
walker@2appeal.com

ATTORNEY FOR MARTIN M. LONGORIA

/s/ Tracy J. Willi
Tracy J. Willi